# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Marlin Kilmer d/b/a Keystone Continental Destinations<br>　　　　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC<br>　　　　　　　　　　Movant<br>　vs.<br><br>Joseph Marlin Kilmer d/b/a Keystone Continental Destinations<br>　　　　　　　　　　Debtor(s)<br><br>Kara Katherine Gendron,<br>　　　　　　　　　　Trustee | BK NO. 19-02790 HWV<br><br>Chapter 7<br><br>Related to Document No. 91 |

## RESPONSE TO TRUSTEE'S MOTION FOR AUTHORITY TO SELL AND TRANSFER REAL ESTATE AT TRUSTEE'S AUCTION SALE

Nationstar Mortgage LLC enters its response to the Trustee's Motion for Authority to Sell and Transfer Real Estate at Trustee's Auction Sale.

1. Creditor's loan is secured by a mortgage on Debtor's property at 125 State Street, Harrisburg, PA 17101.

2. Creditor would not object to the sale so long as the Order entered is clear that the sale is not free and clear of secured creditors lien and same shall remain on the property until such time that it is paid in full.

WHEREFORE, the Movant, Nationstar Mortgage LLC, prays that the Court enters an Order requiring the Secured Creditor to be paid in full.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: June 8, 2023　　　　　　　　　*/s/ Brian C. Nicholas*
　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com
　　　　　　　　　　　　　　　　　　Attorney I.D. No. 317240
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　Phone: 201-549-5366

| | |
|---|---|
| IN RE: Joseph Marlin Kilmer d/b/a Keystone Continental Destinations<br>Debtor(s) | BK NO. 19-02790 HWV<br><br>Chapter 7 |
| Nationstar Mortgage LLC<br>Movant<br>vs.<br>Joseph Marlin Kilmer d/b/a Keystone Continental Destinations<br>Debtor(s)<br>Kara Katherine Gendron,<br>Trustee | Related to Doc. No. 91 |

**CERTIFICATE OF SERVICE**
**RESPONSE TO TRUSTEE'S MOTION FOR AUTHORITY TO SELL AND TRANSFER REAL EASTATE AT TRUSTEE'S AUCTION SALE**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 8, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Joseph Marlin Kilmer d/b/a Keystone
Continental Destinations
112 Clover Lane
Port Royal, PA 17082

Attorney for Debtor(s) (via ECF)
Chad J. Julius
Jacobson & Julius
8150 Derry Street
Suite A
Harrisburg, PA 17111

Trustee (via ECF)
Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

James H. Turner
Turner and O'Connell
915 North Mountain Road
Suite D
Harrisburg, PA 17112

Method of Service: electronic means or first-class mail.

Dated: June 8, 2023

/s/Brian C. Nicholas Esquire
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com