**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph Marlin Kilmer d/b/a Keystone Continental Destinations<br>      Debtor(s) | CHAPTER 7 |
| Nationstar Mortgage LLC<br>      Movant<br>  vs.<br>Joseph Marlin Kilmer d/b/a Keystone Continental Destinations<br>      Debtor(s)<br>Kara Katherine Gendron<br>      Trustee | Case No. 19-02790 HWV |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Response to Trustee's Motion for Authority to Sell and Transfer Real Estate at Trustee's Auction Sale of Nationstar Mortgage LLC, which was filed with the Court on or about June 8, 2023..

Dated: June 16, 2023

                Respectfully submitted,

                */s/ Brian C. Nicholas*
                Brian C. Nicholas, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322
                bnicholas@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Marlin Kilmer d/b/a Keystone Continental Destinations<br>Debtor(s) | BK NO. 19-02790 HWV<br><br>Chapter 7 |
| **Nationstar Mortgage LLC**<br>Movant<br>vs.<br><br>**Joseph Marlin Kilmer d/b/a Keystone Continental Destinations**<br>Debtor(s)<br><br>**Kara Katherine Gendron**,<br>Trustee | |

## CERTIFICATE OF SERVICE
## PRAECIPE TO WITHDRAW

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 16, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Joseph Marlin Kilmer d/b/a Keystone
Continental Destinations
112 Clover Lane
Port Royal, PA 17082

Attorney for Debtor(s) (via ECF)
Chad J. Julius
Jacobson & Julius
8150 Derry Street
Suite A
Harrisburg, PA 17111

Trustee (via ECF)
Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

James H. Turner
Turner and O'Connell
915 North Mountain Road
Suite D
Harrisburg, PA 17112

Method of Service: electronic means or first-class mail.

Dated: June 16, 2023

*/s/ Brian C. Nicholas*
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com