United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-02790-HWV |
| Joseph Marlin Kilmer | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 21, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

**Recip ID**      **Recipient Name and Address**
db               +  Joseph Marlin Kilmer, 112 Clover Lane, Port Royal, PA 17082-7968

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

Chad J. Julius
    on behalf of Debtor 1 Joseph Marlin Kilmer cjulius@ljacobsonlaw.com
    egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

James H Turner
    on behalf of Debtor 1 Joseph Marlin Kilmer pat@turnerandoconnell.com

John C Kilgannon
    on behalf of Creditor 1st Source Bank john.kilgannon@stevenslee.com

Kara Katherine Gendron
    on behalf of Trustee Kara Katherine Gendron
    karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron
  karagendrontrustee@gmail.com  PA89@ecfcbis.com,trusteenoticesbox@gmail.com

Kevin S Frankel
  on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank pa-bk@logs.com

Kristen D Little
  on behalf of Creditor USAA Federal Savings Bank kdlittleecf@gmail.com

Kristen D Little
  on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank kdlittleecf@gmail.com

Lily Christina Calkins
  on behalf of Creditor USAA Federal Savings Bank logsecf@logs.com  lilychristinacalkins@gmail.com

Mario J. Hanyon
  on behalf of Creditor USAA Federal Savings Bank wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon
  on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
  on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Michael Patrick Farrington
  on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank mfarrington@kmllawgroup.com

United States Trustee
  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:19-bk-02790 |
| | : | |
| JOSEPH MARLIN KILMER | : | CHAPTER 7 |
|    Debtor | : | |
| | : | |
| KARA K. GENDRON, TRUSTEE | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| JOSEPH MARLIN KILMER, | : | |
| MR. COOPER, JOHN DEERE | : | |
| FINANCIAL, | : | |
|    Respondents | | |

## ORDER

Upon consideration of the Trustee's Motion for Authority to Sell Real Estate and Personal Property at Trustee's Auction Sale, and it appearing that the sale will benefit unsecured creditors, and after due Notice to creditors and other parties in interest,

**IT IS HEREBY ORDERED AND DECREED** that Kara K. Gendron, Trustee, is hereby authorized to sell the Debtor's real estate at 112 Clover Lane, Port Royal, Pennsylvania and personal property including a John Deer Tractor and a Moritz Gooseneck Dovetail Equipment Trailer.

Valid liens, if any, shall attach to the proceeds of the sale, pursuant to 11 U.S.C. § 363.

IT IS FURTHER ORDERED that the Trustee is empowered to execute any papers and documents necessary to effectuate the transfer and sale of such property; and

IT IS FURTHER ORDERED that the Trustee is authorized to keep certain funds deposited pending further Order and the Trustee is authorized to certain expenses as detailed below:

The proceeds from the sale of the real estate at 112 Clover Lane, Port Royal, PA will be distributed as follows:
    (a) Proceeds from the sale shall be deposited in Trustee's Bankruptcy Estate Account and paid or held as detailed below.
    (b) Payment of normal and customary public sale expenses, including taxes, and to Lane Ryan Auctions for auctioneer's commission, auctioneer's reasonable expenses, and funds auctioneer has advanced for any reasonable expenses, including costs for clean up, repairs, and miscellaneous expenses in preparing the property for auction.

     (c) Payment for reimbursement to Trustee or $200.00 expense for funds advanced for a title report.
     (d) Payment in full of the first mortgage, subject to mortgagee's pay off; and payment in full of any other valid liens and mortgages.
     (e) Payment to Debtor of Debtor's allowed exemption, less any post-petition rent that the Debtor has received and not turned over to the Trustee;
     (f) Funds sufficient to pay Trustee's statutory commission and estimated attorney fees shall be deposited into Trustee's Bankruptcy Estate Account and shall remain deposited in Trustee's Bankruptcy Estate Account pending further Order.
     (g) Funds sufficient to pay a meaningful distribution to unsecured creditors shall be deposited into Trustee's Bankruptcy Estate Account and remain deposited in Trustee's Bankruptcy Estate Account pending further Order.
     (h) If the bidding would not result in sufficient funds to pay (b) through (g), the Trustee shall terminate the auction and may seek leave to list the property for sale.

     The proceeds from the sale of the personal property will be distributed as follows

     (a) Proceeds from the sale shall be deposited in Trustee's Bankruptcy Estate Account and paid or held as detailed below.
     (b) Payment of normal and customary public sale expenses, including taxes, and to Lane Ryan Auctions for auctioneer's commission, auctioneer's reasonable expenses, and funds auctioneer has advanced for any reasonable expenses, including costs for clean up, repairs, and miscellaneous expenses in preparing the property for auction.
     (c) Payment in full of any valid liens,
     (e) Funds sufficient to pay Trustee's statutory commission and estimated attorney fees shall be deposited into Trustee's Bankruptcy Estate Account and shall remain deposited in Trustee's Bankruptcy Estate Account pending further Order.
     (f) Funds sufficient to pay a meaningful distribution to unsecured creditors shall be deposited into Trustee's Bankruptcy Estate Account and remain deposited in Trustee's Bankruptcy Estate Account pending further Order.
     (g)If the bidding would not result in sufficient funds to pay (b) through (f), the Trustee shall terminate the auction and may seek leave to list the property for sale.

     By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 21, 2023