Rev. Sept 1, 2014

# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>JOSEPH MARLIN KILMER dba Keystone Continental Destinations<br>    Debtor | Case No. 1:19-bk-02790-HWV |
| Nationstar Mortgage LLC,<br>    Movant | Chapter 7 |
| vs.<br>JOSEPH MARLIN KILMER dba Keystone Continental Destinations<br>    And<br>Kara Katherine Gendron, ESQUIRE (TRUSTEE)<br>    Respondents | 11 U.S.C. §362 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

    Reason for the continuance.
Sale pending

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 14, 2023

                                          Applicant's Signature

                                      */s/Mario Hanyon*
                                      Andrew Spivack, PA Bar No. 84439
                                      Matt Fissel, PA Bar No. 314567
                                      Mario Hanyon, PA Bar No. 203993
                                      Ryan Starks, PA Bar No. 330002
                                      Jay Jones, PA Bar No. 86657
                                      Attorney for Creditor
                                      BROCK & SCOTT, PLLC
                                      3825 Forrestgate Drive
                                      Winston Salem, NC 27103
                                      Telephone: (844) 856-6646

Rev. Sept 1, 2014

Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>JOSEPH MARLIN KILMER dba Keystone Continental Destinations | Case No. 1:19-bk-02790-HWV |
| Nationstar Mortgage LLC,<br>    Movant<br><br>vs.<br><br>JOSEPH MARLIN KILMER dba Keystone Continental Destinations ,<br>    Debtor<br>Kara Katherine Gendron<br>    Respondent | Chapter 7 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Request to Continue Hearing has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Chad J. Julius, Debtor's Attorney
8150 Derry Street, Suite A
Harrisburg, PA 17111
cjulius@ljacobsonlaw.com


Kara Katherine Gendron, Bankruptcy Trustee
(Trustee)
125 State St
Harrisburg, PA 17101

Asst. U.S. Trustee, US Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Via First Class Mail:

JOSEPH MARLIN KILMER
112 CLOVER LN
PORT ROYAL, PA 17082-7968

Date: <u>July 14, 2023</u>

                                                  <u>*/s/Mario Hanyon*</u>
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com