UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg DIVISION

In re: Kilmer, Joseph Marlin § Case No. 19-02790
§
§
§
Debtor(s)

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/28/2019. The case was converted to one under Chapter 7 on 12/27/2022. The undersigned trustee was appointed on 06/28/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 272,590.74

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 171,236.61 |
| Administrative expenses | 20,927.23 |
| Bank service fees | 92.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 23,750.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 56,584.72 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/23/2023 and the deadline for filing governmental claims was 06/23/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $15,641.23. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $15,641.23, for a total compensation of $15,641.23[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $433.25 for total expenses of $433.25[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/01/2023    By: /s/ Kara K. Gendron
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 19-02790 | | Trustee Name: | (580180) Kara K. Gendron |
|---|---|---|---|---|
| Case Name: | Kilmer, Joseph Marlin | | Date Filed (f) or Converted (c): | 12/27/2022 (c) |
| | | | § 341(a) Meeting Date: | 01/31/2023 |
| For Period Ending: | 12/01/2023 | | Claims Bar Date: | 06/23/2023 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 112 Clover Lane, Port Royal, PA 17082-0000, Juniata County | 199,000.00 | 67,992.28 | | 258,000.00 | FA |
| 2 | 2006 Chevy Silverado 2500, 200,000 miles | 9,378.00 | 0.00 | | 0.00 | FA |
| 3 | 2016 Turtle Top Bus Odyssey, 141,000 miles | 58,500.00 | 0.00 | | 0.00 | FA |
| 4 | 2006 Turtle Top Ford Odyssey, 547,000 miles | 16,900.00 | 0.00 | | 0.00 | FA |
| 5 | Moritz Gooseneck Flatbed Trailer | 3,000.00 | 0.00 | | 2,250.00 | FA |
| 6 | Box Trailer | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 2018 John Deere Tractor | 12,000.00 | 0.00 | | 8,600.00 | FA |
| 8 | Stove, Refrigerator, microwave, kitchen table/chairs, small appliances, utensils, dishes, pots/pans, glasses, sofa, chair end table, lamps, beds, dressers, nightstands, linens, towels, vacuum cleaner, washer/dryer | 2,185.00 | 0.00 | | 0.00 | FA |
| 9 | TV, computer, printer, cell phone | 985.00 | 0.00 | | 0.00 | FA |
| 10 | Steamer trunk | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Treadmill, old camera | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Normal wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Checking: Pennian | 5,500.00 | 5,500.00 | | 0.00 | FA |
| 14 | Checking: Juniata Valley Bank | 100.00 | 100.00 | | 0.00 | FA |
| 15 | Keystone Continental Destinations LLC, 100% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 16 | 401 (K): Vested pension in payment status | 1.00 | 0.00 | | 0.00 | FA |
| 17 | Customer list for business and PUC licience | 1.00 | 0.00 | | 0.00 | FA |
| 18 | Int. in Ins. policies: USAA Term Life | 1.00 | 0.00 | | 0.00 | FA |
| 19 | 2 Turtle Top business 2016 and 2006 (already exempted) | 0.00 | 0.00 | | 0.00 | FA |
| 20* | INTEREST IN PROPERTY (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | John Deere quick hitch snow blower (u) | 0.00 | 0.00 | | 545.00 | FA |
| 22 | Frontier Blade (u) | 0.00 | 0.00 | | 240.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| Case No.: | 19-02790 | Trustee Name: | (580180) Kara K. Gendron |
| Case Name: | Kilmer, Joseph Marlin | Date Filed (f) or Converted (c): | 12/27/2022 (c) |
| | | § 341(a) Meeting Date: | 01/31/2023 |
| For Period Ending: | 12/01/2023 | Claims Bar Date: | 06/23/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 | Rent from tenant (u) | 1,050.00 | 1,050.00 | | 1,050.00 | FA |
| 24 | Escrow surplus (u) | 889.63 | 889.63 | | 889.63 | FA |
| 25* | Tax Credits (u) (See Footnote) | 0.00 | 0.00 | | 1,016.11 | FA |
| 25 | **Assets Totals (Excluding unknown values)** | **$310,591.63** | **$75,531.91** | | **$272,590.74** | **$0.00** |

RE PROP# 20    May 2023 Rent from tenants Richard and Valerie Price

RE PROP# 25    Tax credits from sale of real property.

**Major Activities Affecting Case Closing:**

11/22/23 Reviewing docket status re TFR not docketed by UST yet. KKG

**Initial Projected Date Of Final Report (TFR):** 10/31/2023    **Current Projected Date Of Final Report (TFR):** 10/31/2023 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |
|---|---|
| Case No.: | 19-02790 |
| Case Name: | Kilmer, Joseph Marlin |
| Taxpayer ID #: | **-***2402 |
| For Period Ending: | 12/01/2023 |

| | |
|---|---|
| Trustee Name: | Kara K. Gendron (580180) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******5415 Checking |
| Blanket Bond (per case limit): | $61,435,001.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/08/23 | {23} | Richard H. Price | May 2023 rent | 1222-000 | 350.00 | | 350.00 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 345.00 |
| 06/16/23 | {23} | Richard Price | June 2023 Rent | 1222-000 | 350.00 | | 695.00 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 690.00 |
| 07/07/23 | {23} | Richard Rice | rent payment | 1222-000 | 350.00 | | 1,040.00 |
| 07/31/23 | | Lane Ryan Auctions | Personal property auction proceeds minus Auctioneer fees and exp | | 9,394.49 | | 10,434.49 |
| | {7} | | John Deere Tractor $8,600.00 | 1129-000 | | | |
| | {5} | | Moritz trailer $2,250.00 | 1129-000 | | | |
| | {21} | | John deer quick hitch snow blower $545.00 | 1229-000 | | | |
| | {22} | | Frontier blade $240.00 | 1229-000 | | | |
| | | | Auctioneer commissions on personal property -$1,245.25 | 3610-000 | | | |
| | | | Auctioneer expenses for personal property -$995.26 | 3620-000 | | | |
| 07/31/23 | 101 | Deere & Company d/b/a John Deere Financial | Acct ********9985 -- Kilmer bankruptcy 19-02790 -- pay off | 4210-000 | | 4,978.89 | 5,455.60 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,450.60 |
| 08/14/23 | | Lane Ryan Auctions LLC | Net proceeds from Auctioneer deposit | | 3,207.85 | | 8,658.45 |
| | | | Deposit for real estate sale $20,000.00 | 1110-000 | | | |
| | | Lane Ryan Auctions LLC | Auctioneer's fees and costs -$16,792.15 | 3610-000 | | | |
| 08/14/23 | | Martson Law Offices | Net proceeds from settlement company re real estate sale | | 71,745.82 | | 80,404.27 |
| | {1} | | Sale of Real Property located at 112 Clover Lane, Port Royal, PA 17082 $258,000.00 | 1110-000 | | | |
| | {25} | | School taxes 8/04/23 - 7/01/24 $845.94 | 1224-000 | | | |
| | {25} | | County Taxes 8/04/23 - 1/01/24 $170.17 | 1224-000 | | | |
| | | | Deposit previously paid by buyer -$20,000.00 | 1110-000 | | | |

Page Subtotals: $85,398.16   $4,993.89

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

Case 1:19-bk-02790-HWV   Doc 109   Filed 12/13/23   Entered 12/13/23 15:17:31   Desc
Main Document      Page 5 of 13

| Case No.: | 19-02790 | Trustee Name: | Kara K. Gendron (580180) |
|---|---|---|---|
| Case Name: | Kilmer, Joseph Marlin | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2402 | Account #: | ******5415 Checking |
| For Period Ending: | 12/01/2023 | Blanket Bond (per case limit): | $61,435,001.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Title Charges - Title search and documentation fee   -$1,012.57 | 2500-000 | | | |
| | | Mr. Cooper | 1st Mortgage payoff - Mr Cooper   -$166,257.72 | 4110-000 | | | |
| 08/23/23 | {24} | Nationstar Mrtgage LLC d/b/a Mr. Cooper | Escrow surplus | 1290-000 | 889.63 | | 81,293.90 |
| 08/25/23 | 102 | Joseph Marlin Kilmer | Debtor's exemption, less rent received | 8100-002 | | 23,750.00 | 57,543.90 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 77.18 | 57,466.72 |
| 09/29/23 | 103 | Miller Dixon Drake, PC | Preparing and filing 2023 Form 1041 | 3410-000 | | 850.00 | 56,616.72 |
| 10/31/23 | 104 | Pa Dept. of Revenue Bureau of Imaging & Document Management | 2023 PA-41 tax due | 2820-000 | | 32.00 | 56,584.72 |

|  |  | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 86,287.79 | 29,703.07 | $56,584.72 |
| | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | Subtotal | | 86,287.79 | 29,703.07 | |
| | Less: Payments to Debtors | | | 23,750.00 | |
| | NET Receipts / Disbursements | | $86,287.79 | $5,953.07 | |

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 19-02790 | **Trustee Name:** | Kara K. Gendron (580180) | |
| **Case Name:** | Kilmer, Joseph Marlin | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***2402 | **Account #:** | ******5415 Checking | |
| **For Period Ending:** | 12/01/2023 | **Blanket Bond (per case limit):** | $61,435,001.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5415 Checking | $86,287.79 | $5,953.07 | $56,584.72 |
| | **$86,287.79** | **$5,953.07** | **$56,584.72** |

# Exhibit C

## Claims Proposed Distribution Register

### Case: 19-02790 JOSEPH MARLIN KILMER

| Case Balance: | $56,584.72 | | Total Proposed Payment: | $56,584.72 | | | Remaining Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| D0. | 1st Source Bank | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,584.72 |
| D0. | 1st Source Bank | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,584.72 |
| D0. | John Deere Credit | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,584.72 |
| D0. | USAA Savings Bank | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,584.72 |
| 2 | Nationstar Mortgage, LLC | Secured | $175,082.29 | $175,082.29 | $0.00 | $175,082.29 | $0.00 | $56,584.72 |
| 3 | Deere & Company d/b/a John Deere Financial | Secured | $17,191.69 | $4,978.89 | $4,978.89 | $0.00 | $0.00 | $56,584.72 |
| 7S-2 | 1st Source Bank | Secured | $5,000.00 | $25,462.88 | $0.00 | $25,462.88 | $0.00 | $56,584.72 |
| | Kara K. Gendron | Admin Ch. 7 | $15,641.23 | $15,641.23 | $0.00 | $15,641.23 | $15,641.23 | $40,943.49 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Kara K. Gendron | Admin Ch. 7 | $433.25 | $433.25 | $0.00 | $433.25 | $433.25 | $40,510.24 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Kara Gendron | Admin Ch. 7 | $2,652.50 | $2,652.50 | $0.00 | $2,652.50 | $2,652.50 | $37,857.74 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Barclays | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,857.74 |
| | Brightbill Bus Body | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,857.74 |
| | Capital One | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,857.74 |

# Exhibit C

## Claims Proposed Distribution Register

### Case: 19-02790 JOSEPH MARLIN KILMER

| Case Balance: $56,584.72 | | Total Proposed Payment: | | $56,584.72 | | | Remaining Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|
| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds | |
| | Chase | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,857.74 | |
| | Lake Ford | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,857.74 | |
| | Register Chevrolet Inc. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,857.74 | |
| | Shipley Energy | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,857.74 | |
| | Synchrony Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,857.74 | |
| | Synchrony Bank/Lenscrafters | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,857.74 | |
| | TCF National Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,857.74 | |
| | USAA Savings Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,857.74 | |
| 1 | JPMorgan Chase Bank, N.A. | Unsecured | $17,000.00 | $17,000.00 | $0.00 | $17,000.00 | $5,873.46 | $31,984.28 | |
| 4 | Portfolio Recovery Associates, LLC | Unsecured | $4,030.43 | $4,030.43 | $0.00 | $4,030.43 | $1,392.50 | $30,591.78 | |
| 5 | Portfolio Recovery Associates, LLC | Unsecured | $3,676.28 | $3,676.28 | $0.00 | $3,676.28 | $1,270.15 | $29,321.63 | |
| 6 | TCF Bank | Unsecured | $64,404.98 | $64,404.98 | $0.00 | $64,404.98 | $22,251.76 | $7,069.87 | |
| 7U | 1st Source Bank | Unsecured | $20,462.88 | $20,462.88 | $0.00 | $20,462.88 | $7,069.87 | $0.00 | |

# Exhibit C

## Claims Proposed Distribution Register

### Case: 19-02790 JOSEPH MARLIN KILMER

| Case Balance: | $56,584.72 | | Total Proposed Payment: | $56,584.72 | | | Remaining Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | | 19-02790 | $325,575.53 | $333,825.61 | $4,978.89 | $328,846.72 | $56,584.72 | |
| | Total for Case: | | | | | | | |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-02790
Case Name: JOSEPH MARLIN KILMER
Trustee Name: Kara K. Gendron

**Balance on hand:** $ 56,584.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Nationstar Mortgage, LLC | 175,082.29 | 175,082.29 | 0.00 | 0.00 |
| 3 | Deere & Company d/b/a John Deere Financial | 17,191.69 | 4,978.89 | 4,978.89 | 0.00 |
| 7S-2 | 1st Source Bank | 5,000.00 | 25,462.88 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 56,584.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kara K. Gendron | 15,641.23 | 0.00 | 15,641.23 |
| Trustee, Expenses - Kara K. Gendron | 433.25 | 0.00 | 433.25 |
| Attorney for Trustee Fees - Kara Gendron | 2,652.50 | 0.00 | 2,652.50 |

Total to be paid for chapter 7 administrative expenses: $ 18,726.98
Remaining balance: $ 37,857.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 37,857.74

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 37,857.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $109,574.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | 17,000.00 | 0.00 | 5,873.46 |
| 4 | Portfolio Recovery Associates, LLC | 4,030.43 | 0.00 | 1,392.50 |
| 5 | Portfolio Recovery Associates, LLC | 3,676.28 | 0.00 | 1,270.15 |
| 6 | TCF Bank | 64,404.98 | 0.00 | 22,251.76 |
| 7U | 1st Source Bank | 20,462.88 | 0.00 | 7,069.87 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 37,857.74 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**