United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-02790-HWV
Joseph Marlin Kilmer  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: AutoDocke           Page 1 of 3
Date Rcvd: Dec 18, 2023         Form ID: 318           Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Marlin Kilmer, 112 Clover Lane, Port Royal, PA 17082-7968 |
| 5228389 | + | 1st Source Bank, 100 N Michigan Street, South Bend, IN 46601-1600 |
| 5228391 | | Brightbill Bus Body, 2701 E Cumberland Street, York, PA 17402 |
| 5228394 | | John Deere Credit, PO Box 4450, Carol Stream, IL 60197-4450 |
| 5228395 | | Lake Ford, 429 E Main Street, Lewistown, PA 17044 |
| 5219103 | + | Nationstar Mortgage LLC as servicer for USAA Feder, 8950 Cypress Waters Blvd, Coppell, Texas 75019-4620 |
| 5228396 | + | Register Chevrolet Inc., PO Box 128, Thompsontown, PA 17094-0128 |
| 5228397 | + | Shipley Energy, PO Box 5006, York, PA 17405-5006 |
| 5228402 | + | USAA Savings Bank, Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Dec 18 2023 23:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5228390 | | EDI: TSYS2 | Dec 18 2023 23:41:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 5228392 | | EDI: CAPITALONE.COM | Dec 18 2023 23:41:00 | Capital One, PO Box 70884, Charlotte, NC 28272-0884 |
| 5238736 | | Email/Text: litbkcourtmail@johndeere.com | Dec 18 2023 18:42:00 | Deere & Company d/b/a John Deere Financial, PO Box 6600, Johnston, IA 50131 |
| 5228393 | | EDI: JPMORGANCHASE | Dec 18 2023 23:41:00 | Chase, PO Box 15583, Wilmington, DE 19886-1194 |
| 5224596 | + | Email/Text: RASEBN@raslg.com | Dec 18 2023 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5488950 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 18 2023 18:42:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5488951 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 18 2023 18:42:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5243017 | | EDI: PRA.COM | Dec 18 2023 23:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5217232 | + | EDI: SYNC | Dec 18 2023 23:41:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5228398 | | EDI: SYNC | Dec 18 2023 23:41:00 | Synchrony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 5228399 | | EDI: SYNC | Dec 18 2023 23:41:00 | Synchrony Bank/Lenscrafters, PO Box 965033, Orlando, FL 32896-5033 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5260866 | + | Email/Text: EFBankruptcyNotices@huntington.com | Dec 18 2023 18:42:00 | TCF Bank, 11100 Wayzata Blvd. Suite 801, Minnetonka, MN 55305-5503 |
| 5228400 | + | Email/Text: EFBankruptcyNotices@huntington.com | Dec 18 2023 18:42:00 | TCF National Bank, 200 Lake Street E, Wayzata, MN 55391-1690 |
| 5236489 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 18 2023 18:42:00 | USAA Federal Savings Bank, c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 5228401 | + | EDI: USAA.COM | Dec 18 2023 23:41:00 | USAA Savings Bank, PO Box 65020, San Antonio, TX 78265-5020 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

Chad J. Julius
on behalf of Debtor 1 Joseph Marlin Kilmer cjulius@ljacobsonlaw.com
egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

James H Turner
on behalf of Debtor 1 Joseph Marlin Kilmer pat@turnerandoconnell.com

John C Kilgannon
on behalf of Creditor 1st Source Bank john.kilgannon@stevenslee.com

Kara Katherine Gendron
on behalf of Trustee Kara Katherine Gendron
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron
karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com

Kevin S Frankel
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank pa-bk@logs.com

Kristen D Little
on behalf of Creditor USAA Federal Savings Bank KRLITTLE@FIRSTAM.COM

Kristen D Little
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank

KRLITTLE@FIRSTAM.COM

Lily Christina Calkins
on behalf of Creditor USAA Federal Savings Bank logsecf@logs.com lilychristinacalkins@gmail.com

Mario J. Hanyon
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor USAA Federal Savings Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael Patrick Farrington
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank mfarrington@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | Joseph Marlin Kilmer<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0847<br>EIN   __–_____ |
| **Debtor 2**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–02790–HWV | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Marlin Kilmer
dba Keystone Continental Destinations

12/18/23

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**