UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg DIVISION

In re: Joseph Marlin Kilmer § Case No. 19-02790
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kara K. Gendron, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $94,652.00 | Assets Exempt: | $40,402.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $209,094.35 | Claims Discharged Without Payment: | $223,762.82 |
| Total Expenses of Administration: | $39,746.39 | | |

3) Total gross receipts of $272,590.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $23,750.00 (see **Exhibit 2**), yielded net receipts of $248,840.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $286,000.00 | $363,531.70 | $371,781.78 | $171,236.61 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $39,797.20 | $39,797.20 | $39,746.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $152,045.99 | $109,574.57 | $109,574.57 | $37,857.74 |
| **TOTAL DISBURSEMENTS** | $438,045.99 | $512,903.47 | $521,153.55 | $248,840.74 |

4) This case was originally filed under chapter 7 on 06/28/2019, and it was converted to chapter 7 on 12/27/2022. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/27/2024   By: /s/ Kara K. Gendron
                          Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 112 Clover Lane, Port Royal, PA 17082-0000, Juniata County | 1110-000 | $258,000.00 |
| Deposit for real estate sale | 1110-000 | $20,000.00 |
| Deposit previously paid by buyer | 1110-000 | -$20,000.00 |
| 2018 John Deere Tractor | 1129-000 | $8,600.00 |
| Moritz Gooseneck Flatbed Trailer | 1129-000 | $2,250.00 |
| Rent from tenant | 1222-000 | $1,050.00 |
| Tax Credits | 1224-000 | $1,016.11 |
| Frontier Blade | 1229-000 | $240.00 |
| John Deere quick hitch snow blower | 1229-000 | $545.00 |
| Escrow surplus | 1290-000 | $889.63 |
| **TOTAL GROSS RECEIPTS** | | **$272,590.74** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joseph Marlin Kilmer | Debtor's exemption, less rent received | 8100-002 | $23,750.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$23,750.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mr. Cooper | 4110-000 | NA | $166,257.72 | $166,257.72 | $166,257.72 |
| 2 | Nationstar Mortgage, LLC | 4110-000 | NA | $175,082.29 | $175,082.29 | $0.00 |
| 3 | Deere & Company d/b/a John Deere Financial | 4210-000 | NA | $17,191.69 | $4,978.89 | $4,978.89 |
| 7S-2 | 1st Source Bank | 4110-000 | NA | $5,000.00 | $25,462.88 | $0.00 |
| N/F | 1st Source Bank | 4110-000 | $60,000.00 | NA | NA | NA |
| N/F | 1st Source Bank | 4110-000 | $36,000.00 | NA | NA | NA |
| N/F | John Deere Credit | 4110-000 | $17,000.00 | NA | NA | NA |
| N/F | USAA Savings Bank | 4110-000 | $173,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$286,000.00** | **$363,531.70** | **$371,781.78** | **$171,236.61** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kara K. Gendron | 2100-000 | NA | $15,692.04 | $15,692.04 | $15,641.23 |
| Trustee, Expenses - Kara K. Gendron | 2200-000 | NA | $433.25 | $433.25 | $433.25 |
| Attorney for Trustee Fees - Kara Gendron | 3110-000 | NA | $2,652.50 | $2,652.50 | $2,652.50 |
| Auctioneer Fees - Lane Ryan Auctions | 3610-000 | NA | $1,245.25 | $1,245.25 | $1,245.25 |
| Auctioneer Fees - Lane Ryan Auctions LLC | 3610-000 | NA | $16,792.15 | $16,792.15 | $16,792.15 |
| Auctioneer Expenses - Lane Ryan Auctions | 3620-000 | NA | $995.26 | $995.26 | $995.26 |
| Costs re Sale of Property (closing costs, etc.) - Martson Law Offices | 2500-000 | NA | $1,012.57 | $1,012.57 | $1,012.57 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $92.18 | $92.18 | $92.18 |
| Other State or Local Taxes (post-petition) - Pa Dept. of Revenue Bureau of Imaging & Document Management | 2820-000 | NA | $32.00 | $32.00 | $32.00 |
| Accountant for Trustee Fees (Other Firm) - Miller Dixon Drake, PC | 3410-000 | NA | $850.00 | $850.00 | $850.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$39,797.20** | **$39,797.20** | **$39,746.39** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $17,000.00 | $17,000.00 | $5,873.46 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | NA | $4,030.43 | $4,030.43 | $1,392.50 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | NA | $3,676.28 | $3,676.28 | $1,270.15 |
| 6 | TCF Bank | 7100-000 | NA | $64,404.98 | $64,404.98 | $22,251.76 |
| 7U | 1st Source Bank | 7100-000 | NA | $20,462.88 | $20,462.88 | $7,069.87 |
| N/F | Barclays | 7100-000 | $25,370.62 | NA | NA | NA |
| N/F | Brightbill Bus Body | 7100-000 | $12,000.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $4,830.43 | NA | NA | NA |
| N/F | Chase | 7100-000 | $17,000.00 | NA | NA | NA |
| N/F | Lake Ford | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Register Chevrolet Inc. | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Shipley Energy | 7100-000 | $3,068.66 | NA | NA | NA |
| N/F | Synchrony Bank | 7100-000 | $3,876.28 | NA | NA | NA |
| N/F | Synchrony Bank/Lenscrafters | 7100-000 | $1,400.00 | NA | NA | NA |
| N/F | TCF National Bank | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | USAA Savings Bank | 7100-000 | $30,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$152,045.99** | **$109,574.57** | **$109,574.57** | **$37,857.74** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| | | |
|---|---|---|
| Case No.: | 19-02790 | Trustee Name: (580180) Kara K. Gendron |
| Case Name: | Joseph Marlin Kilmer | Date Filed (f) or Converted (c): 12/27/2022 (c) |
| | | § 341(a) Meeting Date: 01/31/2023 |
| For Period Ending: | 03/27/2024 | Claims Bar Date: 06/23/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 112 Clover Lane, Port Royal, PA 17082-0000, Juniata County | 199,000.00 | 67,992.28 | | 258,000.00 | FA |
| 2 | 2006 Chevy Silverado 2500, 200,000 miles | 9,378.00 | 0.00 | | 0.00 | FA |
| 3 | 2016 Turtle Top Bus Odyssey, 141,000 miles | 58,500.00 | 0.00 | | 0.00 | FA |
| 4 | 2006 Turtle Top Ford Odyssey, 547,000 miles | 16,900.00 | 0.00 | | 0.00 | FA |
| 5 | Moritz Gooseneck Flatbed Trailer | 3,000.00 | 0.00 | | 2,250.00 | FA |
| 6 | Box Trailer | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 2018 John Deere Tractor | 12,000.00 | 0.00 | | 8,600.00 | FA |
| 8 | Stove, Refrigerator, microwave, kitchen table/chairs, small appliances, utensils, dishes, pots/pans, glasses, sofa, chair end table, lamps, beds, dressers, nightstands, linens, towels, vacuum cleaner, washer/dryer | 2,185.00 | 0.00 | | 0.00 | FA |
| 9 | TV, computer, printer, cell phone | 985.00 | 0.00 | | 0.00 | FA |
| 10 | Steamer trunk | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Treadmill, old camera | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Normal wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Checking: Pennian | 5,500.00 | 5,500.00 | | 0.00 | FA |
| 14 | Checking: Juniata Valley Bank | 100.00 | 100.00 | | 0.00 | FA |
| 15 | Keystone Continental Destinations LLC, 100% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 16 | 401 (K): Vested pension in payment status | 1.00 | 0.00 | | 0.00 | FA |
| 17 | Customer list for business and PUC licience | 1.00 | 0.00 | | 0.00 | FA |
| 18 | Int. in Ins. policies: USAA Term Life | 1.00 | 0.00 | | 0.00 | FA |
| 19 | 2 Turtle Top business 2016 and 2006 (already exempted) | 0.00 | 0.00 | | 0.00 | FA |
| 20* | INTEREST IN PROPERTY (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | John Deere quick hitch snow blower (u) | 0.00 | 0.00 | | 545.00 | FA |
| 22 | Frontier Blade (u) | 0.00 | 0.00 | | 240.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 19-02790 | Trustee Name: | (580180) Kara K. Gendron |
|---|---|---|---|
| Case Name: | Joseph Marlin Kilmer | Date Filed (f) or Converted (c): | 12/27/2022 (c) |
| | | § 341(a) Meeting Date: | 01/31/2023 |
| For Period Ending: | 03/27/2024 | Claims Bar Date: | 06/23/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | Rent from tenant (u) | 1,050.00 | 1,050.00 | | 1,050.00 | FA |
| 24 | Escrow surplus (u) | 889.63 | 889.63 | | 889.63 | FA |
| 25* | Tax Credits (u) (See Footnote) | 0.00 | 0.00 | | 1,016.11 | FA |
| 25 | **Assets Totals (Excluding unknown values)** | **$310,591.63** | **$75,531.91** | | **$272,590.74** | **$0.00** |

RE PROP# 20      May 2023 Rent from tenants Richard and Valerie Price

RE PROP# 25      Tax credits from sale of real property.

**Major Activities Affecting Case Closing:**

11/22/23 Reviewing docket status re TFR not docketed by UST yet. KKG

**Initial Projected Date Of Final Report (TFR):** 10/31/2023     **Current Projected Date Of Final Report (TFR):** 10/31/2023 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 19-02790 | Trustee Name: | Kara K. Gendron (580180) |
|---|---|---|---|
| Case Name: | Joseph Marlin Kilmer | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2402 | Account #: | ******5415 Checking |
| For Period Ending: | 03/27/2024 | Blanket Bond (per case limit): | $5,519,765.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/08/23 | {23} | Richard H. Price | May 2023 rent | 1222-000 | 350.00 | | 350.00 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 345.00 |
| 06/16/23 | {23} | Richard Price | June 2023 Rent | 1222-000 | 350.00 | | 695.00 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 690.00 |
| 07/07/23 | {23} | Richard Rice | rent payment | 1222-000 | 350.00 | | 1,040.00 |
| 07/31/23 | | Lane Ryan Auctions | Personal property auction proceeds minus Auctioneer fees and exp | | 9,394.49 | | 10,434.49 |
| | {7} | | John Deere Tractor $8,600.00 | 1129-000 | | | |
| | {5} | | Moritz trailer $2,250.00 | 1129-000 | | | |
| | {21} | | John deer quick hitch snow blower $545.00 | 1229-000 | | | |
| | {22} | | Frontier blade $240.00 | 1229-000 | | | |
| | | | Auctioneer commissions on personal property -$1,245.25 | 3610-000 | | | |
| | | | Auctioneer expenses for personal property -$995.26 | 3620-000 | | | |
| 07/31/23 | 101 | Deere & Company d/b/a John Deere Financial | Acct ********9985 -- Kilmer bankruptcy 19-02790 -- pay off | 4210-000 | | 4,978.89 | 5,455.60 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,450.60 |
| 08/14/23 | | Lane Ryan Auctions LLC | Net proceeds from Auctioneer deposit | | 3,207.85 | | 8,658.45 |
| | | | Deposit for real estate sale $20,000.00 | 1110-000 | | | |
| | | Lane Ryan Auctions LLC | Auctioneer's fees and costs -$16,792.15 | 3610-000 | | | |
| 08/14/23 | | Martson Law Offices | Net proceeds from settlement company re real estate sale | | 71,745.82 | | 80,404.27 |
| | {1} | | Sale of Real Property located at 112 Clover Lane, Port Royal, PA 17082 $258,000.00 | 1110-000 | | | |
| | {25} | | School taxes 8/04/23 - 7/01/24 $845.94 | 1224-000 | | | |
| | {25} | | County Taxes 8/04/23 - 1/01/24 $170.17 | 1224-000 | | | |
| | | | Deposit previously paid by buyer -$20,000.00 | 1110-000 | | | |

Page Subtotals: $85,398.16 $4,993.89

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 19-02790 | Trustee Name: | Kara K. Gendron (580180) |
|---|---|---|---|
| Case Name: | Joseph Marlin Kilmer | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2402 | Account #: | ******5415 Checking |
| For Period Ending: | 03/27/2024 | Blanket Bond (per case limit): | $5,519,765.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Title Charges - Title search and documentation fee  -$1,012.57 | 2500-000 | | | |
| | | Mr. Cooper | 1st Mortgage payoff - Mr Cooper  -$166,257.72 | 4110-000 | | | |
| 08/23/23 | {24} | Nationstar Mrtgage LLC d/b/a Mr. Cooper | Escrow surplus | 1290-000 | 889.63 | | 81,293.90 |
| 08/25/23 | 102 | Joseph Marlin Kilmer | Debtor's exemption, less rent received | 8100-002 | | 23,750.00 | 57,543.90 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 77.18 | 57,466.72 |
| 09/29/23 | 103 | Miller Dixon Drake, PC | Preparing and filing 2023 Form 1041 | 3410-000 | | 850.00 | 56,616.72 |
| 10/31/23 | 104 | Pa Dept. of Revenue Bureau of Imaging & Document Management | 2023 PA-41 tax due | 2820-000 | | 32.00 | 56,584.72 |
| 01/10/24 | 105 | Kara K. Gendron | Combined trustee compensation & expense dividend payments. | | | 16,074.48 | 40,510.24 |
| | | Kara K. Gendron | Claims Distribution - Wed, 01-10-2024  $15,641.23 | 2100-000 | | | |
| | | Kara K. Gendron | Claims Distribution - Wed, 01-10-2024  $433.25 | 2200-000 | | | |
| 01/10/24 | 106 | Kara Gendron | Distribution payment - Claim # | 3110-000 | | 2,652.50 | 37,857.74 |
| 01/10/24 | 107 | JPMorgan Chase Bank, N.A. | Distribution payment - Claim # 1 | 7100-000 | | 5,873.46 | 31,984.28 |
| 01/10/24 | 108 | Portfolio Recovery Associates, LLC | Combined dividend payments for Claim #4, 5 | | | 2,662.65 | 29,321.63 |
| | | Portfolio Recovery Associates, LLC | Claims Distribution - Wed, 01-10-2024  $1,392.50 | 7100-000 | | | |
| | | Portfolio Recovery Associates, LLC | Claims Distribution - Wed, 01-10-2024  $1,270.15 | 7100-000 | | | |
| 01/10/24 | 109 | TCF Bank | Distribution payment - Claim # 6 | 7100-000 | | 22,251.76 | 7,069.87 |
| 01/10/24 | 110 | 1st Source Bank | Distribution payment - Claim # 7U | 7100-000 | | 7,069.87 | 0.00 |

| | | COLUMN TOTALS | | | 86,287.79 | 86,287.79 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 86,287.79 | 86,287.79 | |
| | | Less: Payments to Debtors | | | | 23,750.00 | |
| | | NET Receipts / Disbursements | | | $86,287.79 | $62,537.79 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 19-02790 | | **Trustee Name:** | Kara K. Gendron (580180) |
| **Case Name:** | Joseph Marlin Kilmer | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2402 | | **Account #:** | ******5415 Checking |
| **For Period Ending:** | 03/27/2024 | | **Blanket Bond (per case limit):** | $5,519,765.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5415 Checking | $86,287.79 | $62,537.79 | $0.00 |
| | **$86,287.79** | **$62,537.79** | **$0.00** |