United States Bankruptcy Court

Middle District of Pennsylvania

In re:            Case No. 19-02790-HWV
Joseph Marlin Kilmer            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 2
Date Rcvd: Mar 27, 2024          Form ID: fnldec          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Marlin Kilmer, 112 Clover Lane, Port Royal, PA 17082-7968 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Joseph Marlin Kilmer cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| James H Turner | on behalf of Debtor 1 Joseph Marlin Kilmer pat@turnerandoconnell.com |
| John C Kilgannon | on behalf of Creditor 1st Source Bank john.kilgannon@stevenslee.com |
| Kara Katherine Gendron | on behalf of Trustee Kara Katherine Gendron karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |

Kevin S Frankel
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank pa-bk@logs.com

Kristen D Little
on behalf of Creditor USAA Federal Savings Bank KRLITTLE@FIRSTAM.COM

Kristen D Little
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank KRLITTLE@FIRSTAM.COM

Lily Christina Calkins
on behalf of Creditor USAA Federal Savings Bank logsecf@logs.com lilychristinacalkins@gmail.com

Mario J. Hanyon
on behalf of Creditor USAA Federal Savings Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael Patrick Farrington
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank mfarrington@kmllawgroup.com

Michael Patrick Farrington
on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Joseph Marlin Kilmer,<br>dba Keystone Continental Destinations, | Chapter | 7 |
| **Debtor 1** | Case No. | 1:19−bk−02790−HWV |

Social Security No.:
        xxx−xx−0847

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

        **Kara Katherine Gendron**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 27, 2024

**fnldec** (01/22)